FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 DEC 14 PM 1: 58

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,
　　　　　　Plaintiff

Case Number 4:03cr3085

v.

BLANKET CORPORATION,
　　　　　　Defendant

William F. Davis
Attorney at Law

ORDER MODIFYING JUDGMENT

This matter comes on for hearing on the Application of Judy Chadwick to Amend the Restitution Order contained in the Court's Judgment entered on September 22, 2005, for the reasons set forth in said Application.

Upon consideration of the Affidavit of Judy Chadwick, and the copy of the death certificate of Duane Scott Janssen, the Court finds that Judy Chadwick and James Gaylon Janssen, are the sole heirs of Duane Scott Janssen and are entitled to receive the restitution due him in this proceeding.

It is Therefore Ordered, that Judy Chadwick and James Gaylon Janssen, are the surviving parents and the sole heirs of Duane Scott Janssen, deceased, and are they are authorized to receive the restitution previously ordered to be paid in this proceeding to Duane Scott Janssen.

Dated this 14th day of December, 2006.

_____
United States District Judge
Richard G Kopf